IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JACOB MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 321-079 |
| | ) |
| OFC. TERRY CASON; OFC. JOHNSON; | ) |
| and TELFAIR STATE PRISON, Security, | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 22nd day of June, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE